```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  TODD D. LERAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | NO. 2:13-MJ-170 AC |
| v. | APPLICATION AND ORDER FOR UNSEALING COMPLAINT |
| SHANE FRANKLYN MILLER, | |
| Defendant. | |

On May 23, 2013, the complaint was filed in the above-referenced case. It is believed that the defendant may have fled to Mexico. United States Marshal's Service requests that the complaint be unsealed so that they can provide copies of the complaint to local law enforcement officials for help with apprehending the defendant. The government respectfully requests that the complaint and this case be unsealed.

DATED: June 25, 2013                    Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney


                                        By:/s/ Todd D. Leras
                                        TODD D. LERAS
                                        Assistant U.S. Attorney

```
1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD D. LERAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,    )
                                )
12          Plaintiff,          )   NO. 2:13-MJ-170 AC
                                )
13     v.                       )   [PROPOSED] ORDER
                                )   FOR UNSEALING COMPLAINT
14 SHANE FRANKLYN MILLER,       )
                                )
15          Defendant.          )
   _____)
16
17      The government's request to unseal the Complaint and this case
18 is GRANTED.
19 SO ORDERED:
20 DATED: June 25, 2013         _____
                                 EDMUND F. BRENNAN
21                               UNITED STATES MAGISTRATE JUDGE
22
23
24
25
26
27
28
```